# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0106. DEMETRICE JONES v. THE STATE.**

Following a shoot-out in the parking lot of an Atlanta apartment complex, Demetrice Jones was indicted for murder, felony murder, and other crimes. Claiming that he acted in self-defense, Jones filed a motion for immunity pursuant to OCGA §§ 16-3-21, 16-3-23.1, and 16-3-24. At the hearing on his motion, Jones cited the fact that he and his alleged victim were firing different caliber weapons. Additionally, although witnesses told police that they could not identify the individual who shot first, they further stated that one of the guns was louder than the other, and that the softer-sounding gun fired the first shots. Accordingly, to support his claim that the alleged victim shot at him first, Glass sought to tender an expert witness to testify on the subject of weapons caliber recognition and identification — i.e., to testify that, based on the guns' respective calibers, Glass's weapon would have been louder than that of the alleged victim. The State objected and, following voir dire of the proposed witness, the trial court entered an order denying the motion to qualify him as an expert. The trial court certified its order for immediate review, and Jones filed this application for interlocutory appeal. We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (b), (c), and (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a

sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/18/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*